**STATE of Missouri, Respondent,**

v.

**Danselle STUBBS, Appellant.**

**No. WD 52751.**

Missouri Court of Appeals,
Western District.

Nov. 4, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Danselle Stubbs appeals the circuit court's judgment convicting him of one count of trafficking drugs in the first degree and one count of trafficking drugs in the second degree. We affirm. Rule 30.25(b).